IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIRANDA GEIST, individually and on behalf of a class of similarly situated person,**<br><br>*Plaintiff,*<br>v.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**<br><br>*Defendant.* | Case No. 2:21-cv-04447-JDW |

## ORDER

AND NOW, this 9th day of December, 2021, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion To Dismiss Plaintiff's Complaint (ECF No. 8) is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge